OFFICE OF DISCIPLINARY
COUNSEL, Petitioner

v.

**Donald Ray KUCHEK, Jr., Respondent.**

**No. 554 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Nov. 30, 2000.

*O R D E R*

PER CURIAM.

AND NOW, this 30th day of November, 2000, there having been filed with this Court by Donald Ray Kuchek, Jr., his verified Statement of Resignation dated October 26, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E. it is

ORDERED that the resignation of Donald Ray Kuchek, Jr., be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

**Richard J. WALTERS, Respondent.**

**No. 424 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 14, 2000.

*ORDER*

PER CURIAM.

AND NOW, this 14th day of December, 2000, upon consideration of the Report and Recommendations of the Disciplinary Board and the Dissenting Opinion dated September 14, 2000, the Petition for Review and the Petition for Leave to Amend Record, it is hereby

ORDERED that Richard J. Walters be and he is suspended from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.